**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number *(if known)*: _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Advanced Media Networks, LLC | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 11-3682195 | |
| 4. | Debtor's address | **Principal place of business**<br><br>3952 Camino Ranchero<br>Camarillo, CA 93012<br>Number, Street, City, State & ZIP Code<br><br>Ventura<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>3952 Camino Ranchero Camarillo, CA 93012<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Advanced Media Networks, LLC**     Case number (*if known*)
      Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    
    _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply:*
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    | District | When | Case number |
    |---|---|---|
    | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

Debtor **Advanced Media Networks, LLC** _____ Case number *(if known)* _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   Advanced Media Networks, LLC                                   Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/01/2019
              MM / DD / YYYY

X   /s/ Richard J. Agostinelli
    Signature of authorized representative of debtor

    Title   Chief Executive Officer

Richard J. Agostinelli
Printed name

18. Signature of attorney

X   /s/ Peter T. Steinberg
    Signature of attorney for debtor

    Date   5/6/19
           MM / DD / YYYY

Peter T. Steinberg 96834
Printed name

Steinberg, Nutter & Brent, Law Corporation
Firm name

23801 Calabasas Road
Suite 2031
Calabasas, CA 91302
Number, Street, City, State & ZIP Code

Contact phone   (818) 876-8535        Email address   mr.aloha@sbcglobal.net

96834 CA
Bar number and State

Fill in this information to identify the case:

Debtor name: Advanced Media Networks, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Law Offices of Harold J. Light 11355 W. Olympic Boulevard Suite 300 Los Angeles, CA 90064 | | Legal fees | | | | $704,597.95 |
| AT&T, Inc. 208 S. Akard Street Dallas, TX 75202 | | Litigation fees/costs | Contingent Disputed | | | $258,267.74 |
| Bank of America PO Box 982238 El Paso, TX 79998 | | Visa credit card | | | | $24,724.04 |
| Ropes & Gray LLP 2099 Pennsylvania Avenue NW Washington, DC 20006 | | Legal fees | | | | $14,594.25 |
| Stephen Villoria 293 Nellie Court Newbury Park, CA 91320 | | Unsecured loan | | | | $11,000.00 |
| Richard J. Agostinelli 10409 Riverside Drive, #303 Toluca Lake, CA 91602 | | Unsecured loan | | | | $11,000.00 |
| Yuki Yasui 23413 Haas Avenue Torrance, CA 90501 | | Sevices to Debtor (employment) | | | | $6,150.00 |
| Bayard, P.A. 600 N. King Street, Suite 400 Wilmington, DE 19899 | | Legal fees | | | | $1,080.00 |

Debtor    **Advanced Media Networks, LLC**    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Buether Joe and Carpenter, LLC<br>1700 Pacific, Suite 4750<br>Dallas, TX 75201 | | Legal fees | | | | $986.68 |

Advanced Media Networks, LLC
3952 Camino Ranchero
Camarillo, CA 93012


Peter T. Steinberg
Steinberg, Nutter & Brent, Law Corporation
23801 Calabasas Road
Suite 2031
Calabasas, CA 91302


United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


AT&T, Inc.
208 S. Akard Street
Dallas, TX 75202


Bank of America
PO Box 982238
El Paso, TX 79998


Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19899


Buether Joe and Carpenter, LLC
1700 Pacific, Suite 4750
Dallas, TX 75201


Law Offices of Harold J. Light
11355 W. Olympic Boulevard
Suite 300
Los Angeles, CA 90064

Richard J. Agostinelli
10409 Riverside Drive, #303
Toluca Lake, CA 91602


Ropes & Gray LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006


Stephen Villoria
293 Nellie Court
Newbury Park, CA 91320


Steven D. Moore, Esq.
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center
8th Floor
San Francisco, CA 94111


Yuki Yasui
23413 Haas Avenue
Torrance, CA 90501