**Fill in this information to identify the case:**

Debtor name    Advanced Media Networks, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number (if known)    9:19-bk-10846-DS

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    1) Disclosure of Compensation of Attorney for Debtor (FRBP 2016(b);
  2) Verification of Master Mailing List [LBR 10071(a)];
  3) Resolution Authorizating Chapter 11 filing;
  4) Corporate Ownership Statement (FRBP 1007(a)(1)];
  5) Statement of Related Cases

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  X  May 17, 2019          x /s/ Richard J. Agostinelli
                                          Signature of individual signing on behalf of debtor

                                          Richard J. Agostinelli
                                          Printed name

                                          Chief Executive Officer
                                          Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# RESOLUTION OF THE BOARD OF DIRECTORS/MEMBERS OF
## ADVANCED MEDIA NETWORKS, LLC,
### A CALIFORNIA LIMITED LIABILITY COMPANY

A special meeting of the Board of Directors/Members was held on May 5, 2019, at 23801 Calabasas Road, Suite 2031, Calabasas, California, at 10:00 a.m. Present at the meeting was Richard J. Agostinelli, Chief Executive Officer.

Whereupon it was announced that a quorum was present, and the meeting was competent to proceed.

The meeting was called to discuss the financial crisis in the form of an award of approximately $258,000 adjudged to AT&T Company facing Advanced Media Networks, LLC. The company had sought professional counseling concerning the financial crisis, and such counseling was discussed. A general discussion ensued, and it was the consensus of opinion of those present that Advanced Media Networks, LLC should institute a bankruptcy proceeding under Chapter 11 of the Bankruptcy Code.

Thereupon, upon the motion of Richard J. Agostinelli, Chief Executive Officer, duly seconded and passed, the following resolution was adopted:

RESOLVED: that Advanced Media Networks, LLC institute proceedings under Chapter 11 of the Bankruptcy Code, and that the law firm of Steinberg, Nutter & Brent, Law Corporation be engaged as counsel to file the Chapter 11 proceeding, and that Richard J. Agostinelli, Chief Executive Officer be, and hereby is, authorized and directed to execute any and all documents required for this purpose on behalf of the company, and to take such action as is necessary thereto.

There being no further business to come before the meeting, upon the motion duly made and seconded, the meeting was adjourned.

Dated: May X  17    , 2019

X  _Richard J. Agostinelli_
BY: RICHARD J. AGOSTINELLI,
Chief Executive Officer

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Peter T. Steinberg, Esq., SBN 96834
Steinberg, Nutter & Brent, Law Corporation
23801 Calabasas Road, Suite 2031
Calabasas, California  91302
Telephone (818) 876-8535
Facsimile   (818) 876-8536
Email: mr.aloha@sbcglobal.net

☒ *Attorney for:* Advanced Media Networks, LLC

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re:

Advanced Media Networks, LLC

Debtor(s).

CASE NO.: 9:19-bk-10846-DS

ADVERSARY NO.:

CHAPTER: 11

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO  FRBP 1007(a)(1)**
**and 7007.1, and LBR 1007-4**

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Richard J. Agostinelli_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

AMHC, Inc. (100% owner)

[For additional names, attach an addendum to this form.]

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: X May 17, 2019

By: X _____
Signature of Debtor, or attorney for Debtor

Name: Richard J. Agostinelli, CEO of Debtor
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

# United States Bankruptcy Court
## Central District of California, Northern Division (Santa Barbara)

| In re | Advanced Media Networks, LLC | | Case No. | 9:19-bk-10846-DS |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AMHC, Inc.<br>3952 Camino Ranchero<br>Camarillo, CA 93012 | Member | | Member - 100% owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 17, 2019          Signature  _Richard J. Agostinelli_ , CEO
                                        Richard J. Agostinelli

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  X                    Camarillo        , California.

Date:        X  May 17, 2019

Richard J. Agostinelli  , CEO
Signature of Debtor 1

X  _____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                           Page 1         F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name   **Advanced Media Networks, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number (if known)   **9:19-bk-10846-DS**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

**Part 1:**  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................   $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................   $       1,073,495.05

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $       1,073,495.05

**Part 2:**  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................   $              0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $          6,150.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of nonpriority from Part 2 from line 5b of *Schedule E/F*.........................   +$       1,026,250.66

4. **Total liabilities**
   Lines 2 + 3a + 3b                                                                                                   $       1,032,400.66

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Advanced Media Networks, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA) |
| Case number (if known) | **9:19-bk-10846-DS** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | 1079 | $230.00 |
| 3.2. | **Bank of America** | **Savings** | 1910 | $38.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $268.00 |

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Rent deposit re 5900 Wilshire, LLC**<br>**(Note: Lease expired 4/30/19 - security deposit to be refunded)** | $225.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Advanced Media Networks, LLC** | Case number *(If known)* **9:19-bk-10846-DS** |
|---|---|---|
| | Name | |

Description, including name of holder of prepayment

| 8.1. | **See attached** | **$3,017.00** |
|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| **$3,242.00** |
|---|

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Advanced Media Networks, LLC**                    Case number *(if known)*  **9:19-bk-10846-DS**
          Name

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See attached Exhibit A - List of patents owned** | $0.00 | | $0.00 |
| 61. **Internet domain names and websites** **amnllc.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** **Mobile Telecomputer Network patents** **Settlement and License Agreements** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                                      $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Gross receipts tax**                          Tax year **2017**                  $6,000.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Advanced Media Networks, LLC | Case number *(if known)*  **9:19-bk-10846-DS** |
|---|---|---|
| | Name | |

73. Interests in insurance policies or annuities

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**See attached Exhibit B - List of lawsuits in process @ 4/30/19**
Nature of claim
Amount requested                    **$0.00**

                                                                   $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Judgment in A-Mark Foundation litigation: award plus interest through 4/30/19 is $1,063.985.05,**
Nature of claim            **Judgment**
Amount requested            **$1,063,985.05**

                                               **$1,063,985.05**

76. Trusts, equitable or future interests in property

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

                                               **$1,069,985.05**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Advanced Media Networks, LLC**
          Name                                                      Case number *(if known)*  **9:19-bk-10846-DS**

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $268.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,242.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,069,985.05 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,073,495.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,073,495.05 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

## SCHEDULE A

### Advanced Media Networks, L.L.C. Patent Portfolio

United States Patent Number    5,960,074

United States Patent Number    6,445,777

United States Patent Number    6,466,655

United States Patent Number    6,441,798

United States Patent Number    6,462,715

United States Patent Number    6,462,718

United States Patent Number    6,466,175

United States Patent Number    6,466,179

United States Patent Number    6,531,992

United States Patent Number    6,630,912

European Patent Number    EP 950 299 B1    Designated in Great Britain, France and Germany

German Patent Number    DE 697 38 486    Counterpart to EP 950 299

| | SCHEDULE B |
|---|---|

**ADVANCED MEDIA NETWORKS, LLC**
**LAWSUITS IN PROCESS AS OF 5/15/19**

| CAPTION OF LAWSUIT | STATUS OF LITIGATION | DISTRICT COURT LOCATION |
|---|---|---|
| *Advanced Media Networks LLC v. AT&T, Inc., 3:15-cv-03496-N; Judgment Awarding attorney fees of* **$258,261.74 due and payable on or before April 22, 2019** | Judgment Ordered 3/22/19 | Northern District - Texas |
| *Notice of Appeal – re Attorney Fees Award USCA no. 19-1775* | Notice filed 4/17/19 | Northern District - Texas |
| *Advanced Media Networks LLC v. T-Mobile USA Inc. et al, 1:14-cv-01518* | STAYED | D. Delaware |
| *Advanced Media Networks LLC v. United States Cellular Corporation, 1:15-cv-00131* | STAYED | D. Delaware |
| *Advanced Media Networks LLC v. FCA US LLC (Chrysler), 15-cv-00405-GMS* | STAYED | D. Delaware |
| *Advanced Media Networks LLC v. Volkswagen Group of America, Inc., 15-cv-00420* | STAYED | D. Delaware |
| *Advanced Media Networks LLC v. Cellco Partnership, 1:14-cv-01495-GMS* | STAYED | D. Delaware |
| *Advanced Media Networks LLC v. Sprint Corporation et al; 1:15-cv-00142-GMS* | STAYED | D. Delaware |
| *Notice of Entry of Judgment -- A-Mark Foundation et.al. vs. Advanced Media Networks, LLC ("AMN"), SC118930* | Judgment Ordered 10/31/18 | Superior Court Los Angeles |
| *Notice of Appeal – A-Mark Foundation et.al. vs. AMN, Appeal Case B295234* | Filed 1/16/19 | 2nd Appellate District Cal. |
| *Notice of Cross Appeal – A-Mark Foundation et.al. vs. AMN* | Filed 3/1/19 | 2nd Appellate District Cal. |
| *Notice of Appeal – PTAB Reexamination no. 90/013,382* | Filed 4/12/19 | Wash. DC |
| *Deutsche Telecom & Google vs. Advanced Media Networks, LLC, Case no. 5Ni4/17(EP)* | Preliminary Ruling 12/3/18 | Federal Patent Court, Munich Germany |
| | | |

**Fill in this information to identify the case:**

Debtor name   Advanced Media Networks, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number (if known)   9:19-bk-10846-DS

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** Law Offices of Harold J. Light<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Has a lien for legal fees incurred and costs expended in the A-Mark Foundation litigation, LASC Case No. SC 118930. The lien is specific to said case, and is not a general security interest. Light listed as unsecured/general creditor.** | *$0.00 | ** Unknown |
| 11355 W. Olympic Boulevard<br>Suite 300<br>Los Angeles, CA 90064<br>Creditor's mailing address | Describe the lien | *The pre-petition lien claim is for $704,597.95 | |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | ** Judgment against A-Mark Foundation is on appeal. | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Date debt was incurred | | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $0.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Advanced Media Networks, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA) |
| Case number (if known) | **9:19-bk-10846-DS** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,150.00** | **$0.00** |
| | **Yuki Yasui**<br>**23413 Haas Avenue**<br>**Torrance, CA 90501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sevices to Debtor (employment)** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258,267.74** |
| | **AT&T, Inc.**<br>**208 S. Akard Street**<br>**Dallas, TX 75202** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Litigation fees/costs**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,724.04** |
| | **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Visa credit card**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Advanced Media Networks, LLC**                    Case number (if known)   **9:19-bk-10846-DS**
         Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.00 |
|---|---|---|---|

**Bayard, P.A.**
**600 N. King Street, Suite 400**
**Wilmington, DE 19899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.68 |
|---|---|---|---|

**Buether Joe and Carpenter, LLC**
**1700 Pacific, Suite 4750**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704,597.95 |
|---|---|---|---|

**Law Offices of Harold J. Light**
**11355 W. Olympic Boulevard**
**Suite 300**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees (lien granted re recovery)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Richard J. Agostinelli**
**10409 Riverside Drive, #303**
**Toluca Lake, CA 91602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,594.25 |
|---|---|---|---|

**Ropes & Gray LLP**
**2099 Pennsylvania Avenue NW**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Stephen Villoria**
**293 Nellie Court**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor    **Advanced Media Networks, LLC**                    Case number (if known)    **9:19-bk-10846-DS**
Name

|  | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Steven D. Moore, Esq.<br>Kilpatrick Townsend & Stockton LLP<br>Two Embarcadero Center<br>8th Floor<br>San Francisco, CA 94111 | Line __3.1__<br><br>☐  Not listed. Explain ____ | __ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $          6,150.00 |
| 5b. Total claims from Part 2 | 5b.  + | $      1,026,250.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $      1,032,400.66 |

**Fill in this information to identify the case:**

Debtor name    **Advanced Media Networks, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number (if known)    9:19-bk-10846-DS

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   - ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.2    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.3    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

2.4    State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Advanced Media Networks, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number (if known)    9:19-bk-10846-DS

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                       Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Advanced Media Networks, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)

Case number (if known)    **9:19-bk-10846-DS**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other | $4,504.00 |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other | $7,946.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to Filing Date | **Accrued interest from lawsuit** | $33,328.00 |
| **For prior year:** From **1/01/2018** to **12/31/2018** | **Lawsuit - settlement/licenses** | $2,297,951.00 |
| **For prior year:** From **1/01/2018** to **12/31/2018** | **Accrued interest** | $242,959.00 |
| **For year before that:** From **1/01/2017** to **12/31/2017** | **Lawsuits - patent settlement/licenses** | $3,745,000.00 |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

Debtor    **Advanced Media Networks, LLC**                    Case number *(if known)*    9:19-bk-10846-DS

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1.  **Richard J. Agostinelli<br>10409 Riverside Drive, #303<br>Toluca Lake, CA 91602<br>Chief Executive Officer** | **See attached** | **$10,355.00** | **Health insurance reimbursement and business expenses paid** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|
   | 7.1.  **See Schedule B attached to official Form 206A/B** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Advanced Media Networks, LLC**                          Case number *(if known)*  **9:19-bk-10846-DS**

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Steinberg, Nutter & Brent, Law Corp.**<br>23801 Calabasas Road, Suite 2031<br>Calabasas, CA 91302 | | 5/3/19 | $21,717.00 |
| Email or website address<br>**mr.aloha@sbcglobal.net** | | | |
| Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Advanced Media Networks, LLC**                                    Case number *(if known)*  **9:19-bk-10846-DS**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | **5900 Wilshire Boulevard** **26th Floor** **Los Angeles, CA 90036** | **8/12/14 - 4/30/19** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Advanced Media Networks, LLC**                                    Case number *(if known)*  **9:19-bk-10846-DS**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**PO Box 15284**<br>**Wilmington, DE 19850** | XXXX-4687 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/12/19 | $21.26 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Advanced Media Networks, LLC**                                      Case number *(if known)*    **9:19-bk-10846-DS**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Yuki Yasui** **23413 Haas Avenue** **Torrance, CA 90501** | **April 2003 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Yuki Yasui** **23413 Haas Avenue** **Torrance, CA 90501** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

     ■ None

   **Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **Advanced Media Networks, LLC**                                    Case number *(if known)*  9:19-bk-10846-DS

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard J. Agostinelli | 10409 Riverside Drive, #303<br>Toluca Lake, CA 91602 | C.E.O. | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen Villoria | 293 Nellie Court<br>Newbury Park, CA 91320 | President | None |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AMHC, Inc. | 3952 Rancho Camino<br>Camarillo, CA 93012 | Parent company | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30.** Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Richard J. Agostinelli<br>10409 Riverside Drive, #303<br>Toluca Lake, CA 91602 | $10,355 | 5/2018 -<br>4/2019 | Health insurance and business expense reimbursed |
| | Relationship to debtor<br>C.E.O. | | | |
| 30.2 | Stephen Villoria<br>293 Nellie Court<br>Newbury Park, CA 91320 | None | N/A | N/A |
| | Relationship to debtor<br>President | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Advanced Media Networks, LLC**                                   Case number (if known)  **9:19-bk-10846-DS**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| AMHC, Inc. | EIN:      90-0843234 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    X    May 17, 2019

X    _Richard J. Agostinelli_                    Richard J. Agostinelli , CEO
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California, Northern Division (Santa Barbara)

| | | | |
|---|---|---|---|
| In re | **Advanced Media Networks, LLC** | Case No. | **9:19-bk-10846-DS** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 21,717.00 |
   | Prior to the filing of this statement I have received | $ | 21,717.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with creditors re claims; preparation and filing of applications to employ professionals as needed; preparation and filing of motions, disclosure statement and plan, as necessary.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **General counsel work, tax and/or accounting advice.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

5-16-19
_Date_

Peter T. Steinberg 96834
_Signature of Attorney_
**Steinberg, Nutter & Brent, Law Corporation**
**23801 Calabasas Road**
**Suite 2031**
**Calabasas, CA 91302**
**(818) 876-8535  Fax: (818) 876-8536**
**mr.aloha@sbcglobal.net**
_Name of law firm_

Attorney or Party Name, Address, Telephone & FAX Nos., *FOR COURT USE ONLY*
State Bar No. & Email Address
Peter T. Steinberg 96834
23801 Calabasas Road
Suite 2031
Calabasas, CA 91302
(818) 876-8535 Fax: (818) 876-8536
California State Bar Number: 96834 CA
mr.aloha@sbcglobal.net

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION (SANTA BARBARA)**

In re:

      Advanced Media Networks, LLC

CASE NO.: 9:19-bk-10846-DS

CHAPTER: 11

**VERIFICATION OF MASTER**
**MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: X   May 17, 2019

                                 , CEO
Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     **F 1007-1.MAILING.LIST.VERIFICATION**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Steinberg, Nutter & Brent, Law Corporation, 23801 Calabasas Road, Suite 2031, Calabasas, CA 91302**

A true and correct copy of the foregoing document entitled (*specify*):   __DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS; CORPORATE RESOLUTION; CORPORATE OWNERSHIP STATEMENT; LIST OF EQUITY SECURITY HOLDERS; STATEMENT OF RELATED CASES; SUMMARY OF ASSETS AND LIABILITIES FOR NON-INDIVIDUALS; SCHEDULE A/B, SCHEDULE D, SCHEDULE E/F, SCHEDULE G, SCHEDULE H; STATEMENT OF FINANCIAL AFFAIRS FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY; DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR; VERIFICATION OF MASTER MAILING LIST OF CREDITORS__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   __5/20/19__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Peter T Steinberg    mr.aloha@sbcglobal.net
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   __5/20/19__ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/20/19 | Marisela Becerra | /s/ Marisela Becerra |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**