| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Meister Seelig & Fein LLP<br>C/O Howard S. Koh<br>125 Park Avenue - 7th Floor<br>New York, New York 10017<br>tel: (212) 655-3587<br>fax: (646) 539-3687<br>hsk@msf-law.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Meister Seelig & Fein LLP | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br><br>ADVANCED MEDIA NETWORKS, LLC | CASE NO.: 9:19-bk-10846-DS<br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| Debtor(s). | DATE: 01/07/2020<br>TIME: 11:30 AM<br>COURTROOM: "201"<br>PLACE: 1415 State Street<br>      Santa Barbara, California 91101 |

1. Name of Applicant (specify): Meister Seelig & Fein LLP

2. Type of services rendered: Special Patent Counsel to Debtor
   a. ☒ Attorney for (specify): Chapter 11 Debtor Advance Media Networks, LLC
   b. ☐ Accountant for (specify): _____
   c. ☐ Other professional (specify): _____

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 05/06/19

4. Date of entry of Order Approving Applicant's Employment: 08/29/19

5. Date of filing of last Fee and/or Expense Application: None prior

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    **F 2016-1.2.APP.PAYMENT.FEES**

6.  Total fees allowed or paid to Applicant to date (including retainers and prior
    approved fee applications): $ 0.00

    a.  Retainer received: $ 0.00

    b.  Retainer remaining as of the date of this Application: $ 0.00

    c.  Total amount requested in all prior applications: $ 0.00

    d.  Total amount actually paid pursuant to prior approved applications: $ 0.00

    e.  Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

    f.  Total amount allowed but reserved pending final fee application: $ 0.00

7.  **Summary of Requested Fees**: *(attach detailed supporting documentation to this Application)*

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Seth H. Ostrow | $ 450 | X | 6.8 | = | $ 3,060.00 |
| b. Antonio Papageorgiou | $ 337.50 | X | 76.1 | = | $ 25,683.75 |
| c. Kiran Patel | $ 262.50 | X | 4.1 | = | $ 1,076.25 |
| d. Sara A. Pfeiffer | $ 300.00 | X | 3.0 | = | $ 900.00 |
| e. Paul Gusak | $ 335.00 | X | .4 | = | $ 134.00 |
| f. | $ | X | | = | $ |

g.  ☐ Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as
    follows:                                                                        ☐ See attached page
    Mr. Ostrow's standard hourly rate is $750.  Mr. Papageorgiou's standard hourly rate is $650.
    Mr. Patel's standard hourly rate is $450.  Ms. Pfeifer's standard hourly rate is $500.
    Mr. Patel's standard hourly rate is $450.  Ms. Pfeifer's standard hourly rate is $500.

9.  Bonus requested (final fee applications only): $ _____
    *(attach Declaration and Memorandum of Points and Authorities justifying bonus)*

10.  **TOTAL FEES REQUESTED THIS APPLICATION**: $ 30,854.00

11.  Total expenses paid to Applicant to date (including retainers and prior
     approved expense applications): $ 0.00

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement:** (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. Photocopying | $ 17.40 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 17.40

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
    Statement in support of First Interim Application for Attorneys' Fees and Reimbursement of Costs of Meister Seelig & Exhibits A and B.

15. Total number of attached pages of supporting documentation: __21__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/16/19 | Howard S. Koh | |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3                    **F 2016-1.2.APP.PAYMENT.FEES**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION (SANTA BARBARA)

| | |
|---|---|
| In Re | ) Case no 9:19-BK-10846-DS |
| | ) Chapter 11 |
| ADVANCED MEDIA NETWORKS, LLC, | ) |
| | ) **STATEMENT IN SUPPORT OF FIRST** |
| Debtor and | ) **INTERIM APPLICATION FOR** |
| Debtor in Possession. | ) **ATTORNEY'S FEES AND** |
| | ) **REIMBURSEMENTS OF COSTS OF** |
| | ) **MEISTER SEELIG & FEIN LLP** |
| | ) |
| | ) <u>HEARING</u> |
| | ) |
| | ) Date:    January 7, 2020 |
| | ) time:    11:30 AM |
| | ) Place:   Courtroom "201" |
| | )           1415 State Street |
| | )           Santa Barbara, CA 93101 |

The following Statement in Support of First Interim Application For Attorneys' Fees and Reimbursement of Costs of Meister Seelig and Fein LLP is submitted in support of the "First Interim Fee Application For Payment Of Interim Fees and Expenses" (the "First Interim Fee Application") of Meister Seelig & Fein LLP ("MSF" or "Applicant").

**Fees and Expenses Requested**

This Application seeks allowance and payment of fees and expenses incurred for the period between May 6, 2019 and September 30, 2019 in the amount of $30,854.00 for attorney's fees, and reimbursement of costs advanced during this time period in the amount of $17.40. This is Applicant's First Fee Application. On August 29, 2019, the Court entered an Order authorizing the employment of MSF and Seth H. Ostrow, one of its partners, as special counsel to the Debtor to prosecute an appeal of decisions of the United States Patent and Trial and Appeal Board

1

989/2/7825945.v1

rejecting Debtor's patent applications. No agreement or understanding of any kind exists between Applicant or any other person or entity for the sharing of compensation received or to be rendered or costs incurred in connection with these proceedings, except as among the members of Applicant. For background MSF refers to the Application of Steinberg, Nutter & Brent, Law Corporation which is noticed for hearing at the same date and time as this application.

### Narrative of Services Rendered

MSF represented Debtor in an appeal of an adverse ruling of the United States Patent Trial and Appeal Board in Reexamination No. 90/013,382 to the Federal Circuit Court of Appeals concerning one of the Debtor's patents. The services performed include filing a Notice of Appeal and drafting and filing Debtor's Appellate Brief.

### Factors Relevant in Determining the Allowance of Fees

The number of hours devoted to any one proceeding is only one factor in establishing a reasonable fee for legal services rendered. The reasonableness of the fees depends also on factors such as the complexity of the proceeding, the urgency of the problems and issues presented, the economic stakes and the results obtained.

Applicant submits that the time expended for legal services performed on behalf of the Debtor was both reasonable and necessary based upon the standards adopted by Courts in awarding attorneys' fees. Applicant opines that counsel has assisted Debtor with the Patent Appeal. Applicant is informed and believes that all services incurred were reasonable and necessary when performed. The qualification of the attorneys performing services in connection with this Application are set forth at Exhibit A. Invoices for the months of July, August, and September 2019, showing the dates services were performed, descriptions of the services performed, the time

2

spent performing the services, and the persons performing the services, as well as the expenses incurred are set forth at Exhibit B.

Applicant additionally submits that the services were primarily undertaken by experienced Patent attorneys, and that the services performed were not "garden variety."

WHEREFORE, MSF prays that the Court enter an order allowing professional fees in the amount of $30,854.00 for the period of May 6, 2019 through September 30, 2019; allowing reimbursement of costs advanced in the amount of $17.40, for the period of May 6, 2019 through September 30, 2019, for a total award of fees and costs of $30,871.40; and such further relief as the Court may deem just and proper.

Dated:  December 16, 2019

MEISTER SEELIG & FEIN LLP

By:    Howard S. Koh
       Partner

3

# Exhibit A

# Seth H. Ostrow

Chair, Patent Group
Partner
sho@msf-law.com | (212) 682-9013

Seth Ostrow assists clients with all their patent needs, including litigation, prosecution and strategic advice. He helps clients maximize their existing assets, identify new opportunities to build on them and manage the risks inherent in dealing with the patents of others. Recognizing his expertise, large technology companies have retained Mr. Ostrow to help them valuate patent portfolios for purchase or license, and he has been involved in some of the largest and highest profile patent acquisitions in recent years.

Mr. Ostrow has litigated patent cases all over the country, including in the patent heavy jurisdictions of Eastern Virginia, California, Delaware, and New York. He stands apart in his ability to explain complex legal and technical patent issues in simple and practical terms. He is a savvy negotiator and has extensive experience with complex business arrangements including drafting and negotiating settlement agreements, patent licenses and development agreements.

Mr. Ostrow's practice focuses on software, telecommunications, and medical devices. His experience as a software engineer gives him extensive knowledge of algorithms, computer and network architectures, and various programming languages. A sampling of his patent work in cutting-edge technologies includes:

- Software including apps, databases, and operating systems
- Internet and web functionality including algorithmic search, advertising, and Internet protocols
- Network architectures including optical fiber, WiFi and cellular communications
- Telephony and VOIP
- AI including analytics, machine learning and neural networks
- Video distribution including VOD systems, interactive television and electronic program guides
- Anchor delivery devices, catheters, stents, and embolism filters
- Financial and insurance products such as annuities and retirement investment techniques

| Education | Admissions |
|---|---|
| Boston University School of Law. J.D. (Magna Cum Laude) | States of New York and Massachusetts |
| Massachusetts Institute of Technology B.S. Applied Mathematics | Southern District of New York |
| | Eastern District of New York |
| | Court of Appeals for the Federal Circuit |
| | U.S. Patent and Trademark Office |

16

# Antonio Papageorgiou

Partner, Patent Group
ap@msf-law.com | (212) 682-9003

Antonio Papageorgiou is a Partner in MSF's Intellectual Property and Patent Litigation Group. He advises clients on all aspects of intellectual property law, including patent and trademark application preparation and prosecution, appeals, enforcement, and defense, in a broad range of technology, including computers and electronics, software and business methods, and medical devices.

Prior to MSF, Mr. Papageorgiou was also in-house patent counsel for Cantor Fitzgerald L.P., noted for having established an efficient patent strategy that resulted in a substantial increase in the number and quality of the company's patents. Before becoming an attorney, Antonio was an engineer for the Federal Aviation Administration where he designed and supervised installation of systems and facilities that supported air traffic control, including UHF, VHF, and microwave communication systems, instrument and visual landing systems, RADAR systems, middle and outer markers, approach lighting, and facility power and mechanical systems.

Mr. Papageorgiou has represented clients in various administrative and judicial proceedings, including inter-partes reviews, reexaminations, and proceedings before U.S. District Courts and the Court of Appeals for the Federal Circuit.

| Education | Admissions |
|---|---|
| St. John's University School of Law. J.D. (Cum Laude/Law Review) | State of New York |
| City College of New York. B.C.E. | Southern District of New York |
| | Eastern District of New York |
| | Court of Appeals for the Federal Circuit |
| | United States Patent and Trademark Office |

18

Case 9:19-bk-10846-DS   Doc 3   Filed 07/11/19   Entered 07/11/19
Main Document   Page 19 of 26

# Sarah A. Pfeiffer

Associate, Patent Group
sap@msf-law.com | (646) 539-3732

Sarah Pfeiffer specializes in intellectual property litigation, with an emphasis on patent litigation. Her experience spans all phases of litigation, including pleadings, discovery, expert discovery, contentions, summary judgment, pre- and post-trial advocacy, and appeals. Ms. Pfeiffer also has experience in patent post-grant proceedings, including inter partes reviews and reexaminations.  She has litigated cases throughout the U.S., including California state and federal courts, the Eastern District of Texas, Delaware, and the Eastern District of Virginia.

Ms. Pfeiffer has represented clients in many industries, including consumer electronics, consumer apparel, medical devices, pharmaceuticals, and media.  Ms. Pfeiffer has experience litigating, prosecuting, and negotiating agreements relating to many technologies, including: software, hardware, graphics processing, memory, digital photography, navigation and mapping, mechanical devices, and chemicals.

In addition to intellectual property litigation, Ms. Pfeiffer has experience in other areas of litigation.  Ms. Pfeiffer has litigated cases in the fields of antitrust, commercial contracts, criminal, false advertising, and labor.

| Education | Admissions |
| --- | --- |
| Boston University School of Law. J.D. | State of New York |
| Arizona State University. B.S. Chemical Engineering | State of California |
| | District of Columbia |
| | Northern District of California |
| | Central District of California |
| | U.S. Patent and Trademark Office |

19

# Kiran K. Patel

Associate, Patent Group
kkp@msf-law.com | 646-539-3781

Kiran offers strategic guidance and assistance in the preparation and prosecution of patent applications. He also litigates patent matters before United States federal courts and the United States Patent and Trademark Office (USPTO). He works closely with clients to develop and implement intellectual property strategies that help them to maximize their technological innovations. His counsel extends to all stages of patent prosecution and patent litigation, including developing concepts into patentable products; preparing infringement and validity studies; filing for provisional and non-provisional patent applications; assisting in all stages of patent prosecution, and preparing opinions including Freedom to Operate (FTO) opinions, Patentability Opinions and Invalidity Opinions.

Kiran is particularly experienced in preparing and prosecuting patents in various technological fields that span several technologies such as, electrical engineering, computer science and engineering, life science and chemical arts. He also helps clients negotiate licensing agreements and develop strategy for his client's patent portfolios.

Kiran's training in biomedical engineering, electrical engineering, and computer science gives him an in-depth understanding of the technologies behind his clients' inventions. He has worked with many different types of technologies including the areas of electrical engineering and computer science including circuitry and signal processing; electromagnetics; digital logic; semiconductor fabrication techniques and semiconductor devices; processors, memory and computer architectures (TCAMs), data processing (including Hilbert-Huang data transformation); electronic circuitry including OLED displays; lasers; nano-technology; digital cameras and other optical devices; communications devices; computer programs and web applications; printers and print-error diffusion techniques; hybrid car technologies; and color sampling algorithm. Kiran has also advised clients in the biotechnology, pharmaceutical and medical device industries on gene expression, drug delivery compositions, RNA processing and polymer technologies.

| Education | Admissions |
|---|---|
| John Hopkins University School of Engineering, M.S. | State of New York |
| Benjamin N. Cardozo School of Law, LL.M. | Court of Appeals for the Federal Circuit |
| Duquesne University School of Law, J.D., | U.S. District Court of New York, All Districts |
| Drexel University, B.S. | Supreme Court of the State of New York, Third Judicial Department of the Appellate Division |
| | United States Patent and Trademark Office |

20

# Exhibit B


Meister Seelig & Fein LLP

August 8, 2019

Advanced Media Network
via email: dick@amnllc.com
via email: svilloria@amnllc.com

| | |
|---|---|
| Invoice #: | 280788 |
| Client #: | 6178 |
| Matter #: | 41 |
| Billing Attorney: | SHO |
| Tax ID #: | 13-3756277 |

## INVOICE SUMMARY

For professional services rendered and costs advanced through July 31, 2019:

**RE:  Advanced Media Network - Reexamination No. 90/013,382**

| | |
|---|---|
| Professional Services | $ 16,262.75 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | $ 16,262.75 |
| Previous Balance | $ 6,707.35 |
| **TOTAL BALANCE DUE** | $ 22,970.10 |

Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535

Meister Seelig & Fein LLP

Invoice #:  280788                                                    August 8, 2019

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 7/03/19 | AP | Correspondence with USPTO (United States Patent Trademark Office) solicitors office regarding power of attorney and appendix. | .30 |
| 7/10/19 | AP | Review prosecution history; attention to revised appendix compilation. | 1.70 |
| 7/11/19 | SHO | Attention to appeal brief; correspondence with client. | .60 |
| 7/15/19 | PG | Format Motion for Extension of Time for filing; e-file Motion for Extension of Time. | .40 |
| 7/15/19 | SHO | Attention to Extension of Time to file appeal brief. | .40 |
| 7/15/19 | AP | Correspondence with USPTO (United States Patent Trademark Office) regarding motion for extension of time; prepare motion for extension of time; review prosecution history. | 2.70 |
| 7/15/19 | KP | Drafted motion for extension. | 4.10 |
| 7/16/19 | SHO | Attention to Extension of Time to File Appeal Brief; correspondence with client. | .30 |
| 7/17/19 | AP | Review reexamination file history and prepare appeal brief. | 3.70 |
| 7/18/19 | AP | Review file history; prepare appeal brief. | 5.70 |
| 7/19/19 | AP | Review prosecution history; prepare appeal brief. | 2.70 |
| 7/23/19 | SHO | Attention to issues in appeal brief. | .50 |
| 7/23/19 | AP | Continue preparing appeal brief. | 2.70 |
| 7/24/19 | AP | Continue preparing appeal brief. | 2.30 |
| 7/25/19 | AP | Continue preparing appeal brief. | 2.30 |
| 7/26/19 | AP | Continue preparing appeal brief. | 2.70 |
| 7/29/19 | AP | Research case law for appeal brief; continue preparing appeal brief. | 5.30 |
| 7/30/19 | AP | Continue preparing appeal brief. | 5.40 |
| 7/31/19 | AP | Continue preparing appeal brief. | 4.70 |

**TOTAL PROFESSIONAL SERVICES**                              **$ 16,262.75**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Paul Gusak | 335.00 | .40 | 134.00 |
| Seth H Ostrow | 450.00 | 1.80 | 810.00 |
| Antonio Papageorgiou | 337.50 | 42.20 | 14,242.50 |
| Kiran Patel | 262.50 | 4.10 | 1,076.25 |
| **TOTALS** | | **48.50** | **$ 16,262.75** |

2

14

Meister Seelig & Fein LLP

Invoice #:  280788                                                                      August 8, 2019

**TOTAL THIS INVOICE**                                          $ 16,262.75

3

Meister Seelig & Fein LLP

Invoice #:  280788

August 8, 2019

## ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 279718 | 7/11/19 | 6,707.35 | .00 | 6,707.35 |

| | | |
|---|---|---|
| Previous Balance | | $ 6,707.35 |
| **TOTAL BALANCE DUE** | | **$ 22,970.10** |


Meister Seelig & Fein LLP

August 8, 2019

Advanced Media Network
via email: dick@amnllc.com
via email: svilloria@amnllc.com

Invoice #:        280788
Client #:         6178
Matter #:         41
Billing Attorney:  SHO
Tax ID #:   13-3756277

## REMITTANCE ADVICE

RE:   Advanced Media Network - Reexamination No. 90/013,382

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 16,262.75** |
| BALANCE FORWARD | $ 6,707.35 |
| **TOTAL BALANCE DUE** | **$ 22,970.10** |

Please return this advice with payment to:       Meister Seelig & Fein LLP
                                                 ATTN:  Accounts Receivable
                                                 125 Park Avenue, 7th Floor
                                                 New York, NY  10017

Or Via Wire Transfer:

IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
PRIOR TO WIRING FUNDS TO OUR ACCOUNT.

Account Name:        Meister Seelig & Fein LLP
Account Number:      **4997545448**
Bank:                Citibank Private Bank
                     153 East 53rd Street
                     23rd Floor
                     New York, NY 10022
ABA Number:          **021000089**
Reference:           280788
Swift Code:          **CITIUS33 (for international transfers)**

For billing inquiries:
Elizabeth Schneck  (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535

17



September 10, 2019

Advanced Media Network
via email:  dick@amnllc.com
via email:  svilloria@amnllc.com

Invoice #:        283400
Client #:          6178
Matter #:             41
Billing Attorney:     SHO
Tax ID #:      13-3756277

## INVOICE SUMMARY

For professional services rendered and costs advanced through August 31, 2019:

RE:  **Advanced Media Network - Reexamination No. 90/013,382**

| | |
|---|---|
| Professional Services | $ 11,317.50 |
| Total Disbursements Advanced | $ 17.40 |
| **TOTAL THIS INVOICE** | **$ 11,334.90** |
| Previous Balance | $ 22,970.10 |
| **TOTAL BALANCE DUE** | **$ 34,305.00** |

## Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535

18

Meister Seelig & Fein LLP

Invoice #:  283400                                                    September 10, 2019

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 8/01/19 | AP | Continue preparing appeal brief. | 1.40 |
| 8/02/19 | AP | Continue preparing appeal brief; research case law relating to Administrative Procedure Act. | 5.30 |
| 8/05/19 | AP | Continue preparing appeal brief. | 2.70 |
| 8/06/19 | SHO | Attention to issues in appeal brief. | .30 |
| 8/12/19 | SHO | Attention to Appeal Brief. | .20 |
| 8/15/19 | AP | Continue preparing appeal brief. | 4.70 |
| 8/16/19 | AP | Continue preparing appeal brief. | 6.70 |
| 8/19/19 | AP | Continue preparing appeal brief. | 3.70 |
| 8/20/19 | SHO | Review draft appeal brief; provide feedback on same to A. Papageorgiou; attention to further extension of time. | 2.60 |
| 8/21/19 | SHO | Attention to motion for extension and correspondence with client. | .30 |
| 8/21/19 | AP | Revise appeal brief; prepare and file motion for extension of time. | 2.70 |
| 8/22/19 | AP | Revise appeal brief; correspondence with publication service for appendix updates. | 1.80 |

|  | **TOTAL PROFESSIONAL SERVICES** | **$ 11,317.50** |
|--|--|--|

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Seth H Ostrow | 450.00 | 3.40 | 1,530.00 |
| Antonio Papageorgiou | 337.50 | 29.00 | 9,787.50 |
| **TOTALS** |  | **32.40** | **$ 11,317.50** |

**DISBURSEMENTS ADVANCED**

| Description | Amount |
|------------|--------|
| In-House Copying | 17.40 |

|  | **TOTAL DISBURSEMENTS ADVANCED** | **$ 17.40** |
|--|--|--|
|  | **TOTAL THIS INVOICE** | **$ 11,334.90** |

---

2

Meister Seelig & Fein LLP

Invoice #:  283400                                                          September 10, 2019

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 279718 | 7/11/19 | 6,707.35 | .00 | 6,707.35 |
| 280788 | 8/08/19 | 16,262.75 | .00 | 16,262.75 |

|  |  |
|---|---|
| Previous Balance | $ 22,970.10 |
| **TOTAL BALANCE DUE** | **$ 34,305.00** |

3



September 10, 2019

Advanced Media Network
via email: dick@amnllc.com
via email: svilloria@amnllc.com

| | |
|---|---|
| Invoice #: | 283400 |
| Client #: | 6178 |
| Matter #: | 41 |
| Billing Attorney: | SHO |
| Tax ID #: | 13-3756277 |

---

### REMITTANCE ADVICE

RE:  Advanced Media Network - Reexamination No. 90/013,382

---

**BALANCE DUE THIS INVOICE**          $ 11,334.90

BALANCE FORWARD                         $ 22,970.10

**TOTAL BALANCE DUE**                    $ 34,305.00

---

Please return this advice with payment to:          Meister Seelig & Fein LLP
                                                     ATTN:  Accounts Receivable
                                                     125 Park Avenue, 7th Floor
                                                     New York, NY  10017

Or Via Wire Transfer:

### IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
### PRIOR TO WIRING FUNDS TO OUR ACCOUNT.

|  |  |
|---|---|
| Account Name: | Meister Seelig & Fein LLP |
| Account Number: | **4997545448** |
| Bank: | Citibank Private Bank |
| | 153 East 53rd Street |
| | 23rd Floor |
| | New York, NY 10022 |
| ABA Number: | **021000089** |
| Reference: | 283400 |
| Swift Code: | **CITIUS33 (for international transfers)** |

For billing inquiries:
Elizabeth Schneck  (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535



Meister Seelig & Fein LLP

October 7, 2019

Advanced Media Network
via email: dick@amnllc.com
via email: svilloria@amnllc.com

| | |
|---|---|
| Invoice #: | 285081 |
| Client #: | 6178 |
| Matter #: | 41 |
| Billing Attorney: | SHO |
| Tax ID #: | 13-3756277 |

## INVOICE SUMMARY

For professional services rendered and costs advanced through September 30, 2019:

**RE:  Advanced Media Network - Reexamination No. 90/013,382**

| | |
|---|---|
| Professional Services | $ 3,273.75 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | $ 3,273.75 |
| Previous Balance | $ 34,305.00 |
| **TOTAL BALANCE DUE** | **$ 37,578.75** |

Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535

Meister Seelig & Fein LLP

Invoice #:  285081                                                          October 7, 2019

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description of Service | Hours |
|------|------|------------------------|-------|
| 9/06/19 | AP | Revise appeal brief with citations to revised appendix. | .60 |
| 9/10/19 | SHO | Attention to revisions to appeal brief. | .40 |
| 9/10/19 | AP | Finalize draft appeal brief. | 1.20 |
| 9/10/19 | SAP | Review and edit appeal brief. | 1.10 |
| 9/11/19 | SHO | Review revisions to draft appeal brief; confer with A. Papageorgiou regarding same. | 1.20 |
| 9/11/19 | AP | Revise appeal brief and correspond with filing service. | 1.70 |
| 9/11/19 | SAP | Revise appeal brief. | 1.90 |
| 9/12/19 | AP | Finalize appeal brief and attention to filing with Federal Circuit. | 1.40 |
| | | **TOTAL PROFESSIONAL SERVICES** | **$ 3,273.75** |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|------|------|-------|-------|
| Seth H Ostrow | 450.00 | 1.60 | 720.00 |
| Antonio Papageorgiou | 337.50 | 4.90 | 1,653.75 |
| Sarah A. Pfeiffer | 300.00 | 3.00 | 900.00 |
| **TOTALS** | | **9.50** | **$ 3,273.75** |

| | | | |
|---|---|---|---|
| **TOTAL THIS INVOICE** | | | **$ 3,273.75** |

2

Meister Seelig & Fein LLP

Invoice #:  285081                                                        October 7, 2019

**ACCOUNTS RECEIVABLE INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 279718 | 7/11/19 | 6,707.35 | .00 | 6,707.35 |
| 280788 | 8/08/19 | 16,262.75 | .00 | 16,262.75 |
| 283400 | 9/10/19 | 11,334.90 | .00 | 11,334.90 |

Previous Balance                                    $ 34,305.00

**TOTAL BALANCE DUE**                              $ 37,578.75

3



Meister Seelig & Fein LLP

October 7, 2019

Advanced Media Network
via email:  dick@amnllc.com
via email:  svilloria@amnllc.com

Invoice #:        285081
Client #:          6178
Matter #:          41
Billing Attorney:  SHO
Tax ID #:          13-3756277

## REMITTANCE ADVICE

RE:  Advanced Media Network - Reexamination No. 90/013,382

**BALANCE DUE THIS INVOICE**       $ 3,273.75

BALANCE FORWARD                    $ 34,305.00

**TOTAL BALANCE DUE**              $ 37,578.75

Please return this advice with payment to:          Meister Seelig & Fein LLP
                                                     ATTN:  Accounts Receivable
                                                     125 Park Avenue, 7th Floor
                                                     New York, NY  10017

Or Via Wire Transfer:

### IMPORTANT: PLEASE CALL AND CONFIRM WIRING INSTRUCTIONS
### PRIOR TO WIRING FUNDS TO OUR ACCOUNT.

Account Name:          Meister Seelig & Fein LLP
Account Number:        **4997545448**
Bank:                  Citibank Private Bank
                       153 East 53rd Street
                       23rd Floor
                       New York, NY 10022
ABA Number:            **021000089**
Reference:             285081
Swift Code:            **CITIUS33 (for international transfers)**

For billing inquiries:
Elizabeth Schneck (eds@msf-law.com or 212-655-3519)
Keith Gableman (krg@msf-law.com or 212-655-3512)

TERMS: DUE UPON RECEIPT
*Thank you! Your business is greatly appreciated.*

## Meister Seelig & Fein LLP

125 Park Avenue, 7th Floor | New York, NY 10017
meisterseelig.com | P: (212) 655-3500 | F: (212) 655-3535

25

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Steinberg, Nutter & Brent, Law Corporation, 23801 Calabasas Road, Suite 2031, Calabasas, CA 91302**

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR
EXPENSES (11 U.S.C. § 331)**              will be served or was served **(a)** on the judge in chambers in the form and manner required
by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On ___**12/16/19**___, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Peter T Steinberg    mr.aloha@sbcglobal.net
United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On ___**12/16/19**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours
after the document is filed.

**Judge**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___**12/16/19**___, I served the following persons and/or
entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via E-mail To Seth H. Ostrow At sho@msf-law.com and Howard S. Koh At hsk@msf-law.com**
Seth H. Ostrow, Esq.
Howard S. Koh, Esq.
Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor
New York, New York 10017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/16/19 | Marisela Becerra | /s/ Marisela Becerra |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**